**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| In re: KIDD, LAKESHIA L. | § | Case No. 15-00654 |
| Debtor(s) | § | |
| | § | |
| | § | |
| Debtor(s) | | |

### TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on 01/09/2015. The undersigned trustee was appointed on 01/09/2015.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized the gross receipts of          $          67,034.38

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 28,719.71 |
| Bank service fees | 50.61 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 15,000.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]    $ | 23,264.06 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

_____

[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

6. The deadline for filing non-governmental claims in this case was 06/05/2015 and the deadline for filing governmental claims was 07/08/2015. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $5,851.72. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $5,851.72, for a total compensation of $5,851.72[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $47.52 for total expenses of $47.52[2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 05/04/2016 _____    By: /s/ Richard M. Fogel _____
                                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

_____

[2]If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

Exhibit A

# Form 1

## Individual Estate Property Record and Report

## Asset Cases

Page:    3

**Case No.:**   15-00654  
**Case Name:**   KIDD, LAKESHIA L.

**For Period Ending:**   05/04/2016

**Trustee Name:**   (330720) Richard M. Fogel  
**Date Filed (f) or Converted (c):**  01/09/2015 (f)  
**§ 341(a) Meeting Date:**  02/18/2015  
**Claims Bar Date:**  06/05/2015

| Ref. # | 1 Asset Description (Scheduled And Unscheduled (u) Property) | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Formally Abandoned OA=§554(a) abandon. | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 1* | 2353 S Buckingham, Westchester (See Footnote) | 182,498.00 | 0.00 | | 0.00 | FA |
| 2* | Medabank Prepaid Card (See Footnote) | 100.00 | 100.00 | | 0.00 | FA |
| 3* | Various used household and possessions (See Footnote) | 1,500.00 | 500.00 | | 0.00 | FA |
| 4* | Various used clothes (See Footnote) | 300.00 | 0.00 | | 0.00 | FA |
| 5* | 403(b) plan (See Footnote) | 22,000.00 | 0.00 | | 0.00 | FA |
| 6* | 2014 Potential Tax Refund (See Footnote) | 1,500.00 | 0.00 | | 0.00 | FA |
| 7* | 2008 Honda Accord EX 4dr Sedan 98,000 miles (See Footnote) | 6,699.00 | 500.00 | | 0.00 | FA |
| 8 | Personal Injury Suit | 0.00 | Unknown | | 67,034.38 | FA |
| 9* | Violation of FMLA (u) (See Footnote) | 0.00 | 0.00 | | 0.00 | FA |
| **9** | **Assets         Totals**     (Excluding unknown values) | **$214,597.00** | **$1,100.00** | | **$67,034.38** | **$0.00** |

RE PROP# 1      No equity  
RE PROP# 2      Inconsequential value  
RE PROP# 3      Inconsequential value  
RE PROP# 4      Exempt  
RE PROP# 5      Exempt  
RE PROP# 6      Exempt  

UST Form 101-7-TFR (5/1/2011)

Exhibit A

# Form 1

## Individual Estate Property Record and Report

## Asset Cases

**Case No.:**   15-00654

**Case Name:**    KIDD, LAKESHIA L.

**For Period Ending:**    05/04/2016

    RE PROP# 7      Inconsequential value

    RE PROP# 9      Inconsequential value

**Trustee Name:**    (330720) Richard M. Fogel

**Date Filed (f) or Converted (c):**  01/09/2015 (f)

**§ 341(a) Meeting Date:**   02/18/2015

**Claims Bar Date:**  06/05/2015

**Major Activities Affecting Case Closing:**

    Trustee settled debtor's personal injury action for $75,000 per order dated March 16, 2016.  Trustee is waiting for settlement proceeds and has been authorized to pay attorneys' fees & expenses, medical provider liens and the debtor's exemption claim.  The Trustee will prepare a final report after the authorized disbursements have cleared.

**Initial Projected Date Of Final Report (TFR):**          12/31/2016                    **Current Projected Date Of Final Report (TFR):**          07/29/2016

Exhibit B

# Form 2

Page:      5

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 15-00654 | |
| **Case Name:** | KIDD, LAKESHIA L. | |
| **Taxpayer ID #:** | **-***1418 | |
| **For Period Ending:** | 05/04/2016 | |

| | |
|---|---|
| **Trustee Name:** | Richard M. Fogel (330720) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******9900 Checking |
| **Blanket Bond (per case limit):** | $5,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 04/01/2016 | {8} | GEICO CASUALTY CO | PI settlement, per o/c 3-16-16 (less $7,298.95 and $666.67 paid directly to BCBS and State Farm) | 1129-000 | 67,034.38 | | 67,034.38 |
| 04/05/2016 | 101 | Bekkerman Law Office, LLC | Attorneys' fees per o/c 3-16-16 Stopped on 04/14/2016 | 3210-600 | | 24,999.99 | 42,034.39 |
| 04/05/2016 | 102 | Bekkerman Law Office, LLC | Attorneys' expenses per o/c 3-16-16 Stopped on 04/14/2016 | 3220-610 | | 3,719.72 | 38,314.67 |
| 04/06/2016 | 103 | Lakeshia L. Kidd | Personal injury exemption per o/c 3-16-16 | 8100-002 | | 15,000.00 | 23,314.67 |
| 04/14/2016 | 101 | Bekkerman Law Office, LLC | Attorneys' fees per o/c 3-16-16 Stopped: check issued on 04/05/2016 | 3210-600 | | -24,999.99 | 48,314.66 |
| 04/14/2016 | 102 | Bekkerman Law Office, LLC | Attorneys' expenses per o/c 3-16-16 Stopped: check issued on 04/05/2016 | 3220-610 | | -3,719.72 | 52,034.38 |
| 04/15/2016 | 104 | Bekkerman Law Office, LLC | Attorneys' fees per o/c 3-16-16 | 3210-600 | | 24,999.99 | 27,034.39 |
| 04/15/2016 | 105 | Bekkerman Law Office, LLC | Attorneys' expenses per o/c 3-16-16 | 3220-610 | | 3,719.72 | 23,314.67 |
| 04/29/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 50.61 | 23,264.06 |

*{} Asset Reference(s)*      **UST Form 101-7-TFR (5/1/2011)**                                    *! - transaction has not been cleared*

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page:        6

| | | |
|---|---|---|
| **Case No.:** | 15-00654 | |
| **Case Name:** | KIDD, LAKESHIA L. | |
| **Taxpayer ID #:** | **-***1418 | |
| **For Period Ending:** | 05/04/2016 | |

| | |
|---|---|
| **Trustee Name:** | Richard M. Fogel (330720) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******9900 Checking |
| **Blanket Bond (per case limit):** | $5,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | **COLUMN TOTALS** | | | 67,034.38 | 43,770.32 | $23,264.06 |
| | | Less: Bank Transfers/CDs | | | 0.00 | 0.00 | |
| | | **Subtotal** | | | 67,034.38 | 43,770.32 | |
| | | Less: Payments to Debtors | | | | 15,000.00 | |
| | | **NET Receipts / Disbursements** | | | $67,034.38 | $28,770.32 | |

{} Asset Reference(s)        UST Form 101-7-TFR (5/1/2011)                                                  *! - transaction has not been cleared*

**Exhibit B**

# Form 2

## Cash Receipts And Disbursements Record

Page:  7

| | | | |
|---|---|---|---|
| **Case No.:** | 15-00654 | **Trustee Name:** | Richard M. Fogel (330720) |
| **Case Name:** | KIDD, LAKESHIA L. | **Bank Name:** | Rabobank, N.A. |
| **Taxpayer ID #:** | **-***1418 | **Account #:** | ******9900 Checking |
| **For Period Ending:** | 05/04/2016 | **Blanket Bond (per case limit):** | $5,000,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******9900 Checking | $67,034.38 | $28,770.32 | $23,264.06 |
| | **$67,034.38** | **$28,770.32** | **$23,264.06** |

**UST Form 101-7-TFR (5/1/2011)**

## Exhibit C

## Exhibit C

**Case: 15-00654**              **LAKESHIA L. KIDD**

Claims Bar Date: 06/05/15

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 1S | Blue Cross Blue Shield of Illinois c/o Health Care Service Corporation 25552 Network Place Chicago, IL 60673-1255 <4220-000 Personal Property & Intangibles - Non-consensual Liens> , 100 | Secured 02/18/16 | | $7,298.95 $0.00 | $0.00 | $0.00 |
| | Medical provider lien, per o/c 3-16-16.  Paid directly by defendant's insurance carrier. | | | | | |
| 2S | State Farm Insurance, <4220-000 Personal Property & Intangibles - Non-consensual Liens> , 100 | Secured 02/18/16 | | $666.67 $0.00 | $0.00 | $0.00 |
| | Medical provider lien, per o/c 3-16-16.  Paid directly by defendant's insurance carrier. | | | | | |
| FEE | Richard M. Fogel 321 N. Clark St. #800 Chicago, IL 60654 <2100-000 Trustee Compensation> , 200 | Administrative 05/02/16 | | $5,851.72 $5,851.72 | $0.00 | $5,851.72 |
| TE | Richard M. Fogel 321 N. Clark St. #800 Chicago, IL 60654 <2200-000 Trustee Expenses> , 200 | Administrative 02/19/16 | | $47.52 $47.52 | $0.00 | $47.52 |
| | Bekkerman Law Offices, LLC Attn: Octavio Duran 444 N. Michigan Avenue, Suite 1000 Chicago, IL 60611 <3210-600 Special Counsel for Trustee Fees> , 200 | Administrative 02/18/16 | | $24,999.99 $24,999.99 | $24,999.99 | $0.00 |
| | Bekkerman Law Offices, LLC Attn: Octavio Duran 444 N. Michigan Avenue, Suite 1000 Chicago, IL 60611 <3220-610 Special Counsel for Trustee Expenses> , 200 | Administrative 02/18/16 | | $3,719.72 $3,719.72 | $3,719.72 | $0.00 |
| | Special counsel expenses, per o/c 3-16-16 | | | | | |
| 1 | Atlas Acquisitions LLC (Plain Green Llc.) 294 Union St. Hackensack, NJ 07601 <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 03/08/15 | | $1,677.88 $1,677.88 | $0.00 | $1,677.88 |

**UST Form 101-7-TFR (5/1/2011)**

## Exhibit C

## Exhibit C

**Case: 15-00654**                    **LAKESHIA L. KIDD**

Claims Bar Date: 06/05/15

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 2 | Capital One Bank (USA), N.A. PO Box 71083 Charlotte, NC 28272-1083 <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 03/26/15 | | $910.12 $910.12 | $0.00 | $910.12 |
| 3 | Capital One Bank (USA), N.A. PO Box 71083 Charlotte, NC 28272-1083 <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 03/26/15 | | $554.73 $554.73 | $0.00 | $554.73 |
| 4 | LVNV Funding, LLC as assignee of FNBM, LLC c/o Resurgent Capital Services PO Box 10587 Greenville, SC 29603-0587 <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 05/27/15 | | $579.19 $579.19 | $0.00 | $579.19 |
| 5 | Jefferson Capital Systems LLC as assignee of Fingerhut Po Box 7999 Saint Cloud, MN 56302-9617 <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 06/02/15 | | $619.67 $619.67 | $0.00 | $619.67 |
| 6 | US DEPT OF EDUCATION CLAIMS FILING UNIT PO BOX 8973 MADISON, WI 53704-8973 <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 06/04/15 | | $167,368.73 $167,368.73 | $0.00 | $167,368.73 |

|  |  | **Case Total:** | **$28,719.71** | **$177,609.56** |
|---|---|---|---|---|

**UST Form 101-7-TFR (5/1/2011)**

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 15-00654
Case Name: LAKESHIA L. KIDD
Trustee Name: Richard M. Fogel

**Balance on hand:**     $                23,264.06

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 1S | Blue Cross Blue Shield of Illinois | 7,298.95 | 0.00 | 0.00 | 0.00 |
| 2S | State Farm Insurance | 666.67 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors:     $          0.00
Remaining balance:     $     23,264.06

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Richard M. Fogel | 5,851.72 | 0.00 | 5,851.72 |
| Trustee, Expenses - Richard M. Fogel | 47.52 | 0.00 | 47.52 |
| Special Counsel for Trustee Fees - Bekkerman Law Offices, LLC | 24,999.99 | 24,999.99 | 0.00 |
| Special Counsel for Trustee Expenses - Bekkerman Law Offices, LLC | 3,719.72 | 3,719.72 | 0.00 |

Total to be paid for chapter 7 administrative expenses:     $     5,899.24
Remaining balance:     $     17,364.82

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:     $          0.00
Remaining balance:     $     17,364.82

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 17,364.82

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $171,710.32 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 10.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Atlas Acquisitions LLC (Plain Green Llc.) | 1,677.88 | 0.00 | 169.68 |
| 2 | Capital One Bank (USA), N.A. | 910.12 | 0.00 | 92.04 |
| 3 | Capital One Bank (USA), N.A. | 554.73 | 0.00 | 56.10 |
| 4 | LVNV Funding, LLC as assignee of FNBM, LLC | 579.19 | 0.00 | 58.57 |
| 5 | Jefferson Capital Systems LLC | 619.67 | 0.00 | 62.67 |
| 6 | US DEPT OF EDUCATION | 167,368.73 | 0.00 | 16,925.76 |

Total to be paid for timely general unsecured claims: $ 17,364.82
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

Total to be paid for tardily filed general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $     0.00

Remaining balance: $     0.00

**UST Form 101-7-TFR(5/1/2011)**