**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 15-00654 |
| | ) | |
| Kidd, Lakeshia L. | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | Judge Carol A. Doyle |

**CERTIFICATE OF SERVICE**

Richard M. Fogel, an attorney, state that on May 26, 2016, I caused a true and correct copy of the foregoing Notice of Trustee's Final Report and Application for Compensation and Deadline to Object (NFR) to be sent to the recipients listed on the attached Service List, via CM/ECF or proper postage prepaid from 321 N. Clark Street, Chicago, IL 60654, as indicated.

/s/ Richard M. Fogel

{4273 CER A0440369.DOC}

## SERVICE LIST

Office of the U.S. Trustee
USTPRegion11.ES.ECF@usdoj.gov

David Cutler
cutlerfilings@gmail.com

Lakeshia L. Kidd
2353 S. Buckingham
Westchester, IL  60154

Atlas Acquisitions LLC
294 Union St.
Hackensack, NJ 07601

Capital One Bank (USA), N.A.
PO Box 71083
Charlotte, NC 28272-1083

LVNV Funding, LLC its successors and
  Assigns as assignee of FNBM, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Jefferson Capital Systems LLC
Purchased From Fingerhut
PO Box 7999
Saint Cloud, MN 56302-9617

US Dept. Of Education
Claims Filing Unit
PO Box 8973
Madison, WI 53704-8973