**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: KIDD, LAKESHIA L. | § | Case No. 15-00654-CAD |
| | § | |
| | § | |
| | § | |
| Debtor(s) | | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Richard M. Fogel, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | |
|---|---|---|
| Assets Abandoned:  $214,597.00 | Assets Exempt:  $58,700.00 | |
| *(without deducting any secured claims)* | | |
| Total Distributions to Claimants:  $17,364.82 | Claims Discharged Without Payment:  $206,906.68 | |
| Total Expenses of Administration:  $34,669.56 | | |

3) Total gross receipts of $67,034.38 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $15,000.00 (see **Exhibit 2**), yielded net receipts of $52,034.38 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR ( 10 /1/2010)

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $181,600.00 | $7,965.62 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $34,669.56 | $34,669.56 | $34,669.56 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $218,676.18 | $171,710.32 | $171,710.32 | $17,364.82 |
| **TOTAL DISBURSEMENTS** | $400,276.18 | $214,345.50 | $206,379.88 | $52,034.38 |

4) This case was originally filed under chapter 7 on 01/09/2015.  The case was pending for 19 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:   08/05/2016

By: /s/ Richard M. Fogel
Trustee

**STATEMENT This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.**

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Personal Injury Suit | 1129-000 | $67,034.38 |
| **TOTAL GROSS RECEIPTS** | | **$67,034.38** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Lakeshia L. Kidd | Personal injury exemption per o/c 3-16-16; $15,000.00 | 8100-002 | $15,000.00 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$15,000.00** |

## EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1S | Blue Cross Blue Shield of Illinois | 4220-000 | NA | $7,298.95 | $0.00 | $0.00 |
| 2S | State Farm Insurance | 4220-000 | NA | $666.67 | $0.00 | $0.00 |
| N/F | Office of Housing FHA Comptroller Director of Mortgage Insur | 4110-000 | $34,320.00 | NA | NA | NA |
| N/F | Selene Finance Lp | 4110-000 | $147,280.00 | NA | NA | NA |
| | **TOTAL SECURED** | | **$181,600.00** | **$7,965.62** | **$0.00** | **$0.00** |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - Richard M. Fogel | 2100-000 | NA | $5,851.72 | $5,851.72 | $5,851.72 |
| Trustee, Expenses - Richard M. Fogel | 2200-000 | NA | $47.52 | $47.52 | $47.52 |
| Rabobank, N.A. | 2600-000 | NA | $50.61 | $50.61 | $50.61 |
| Bekkerman Law Offices, LLC | 3210-600 | NA | $24,999.99 | $24,999.99 | $24,999.99 |
| Bekkerman Law Offices, LLC | 3220-610 | NA | $3,719.72 | $3,719.72 | $3,719.72 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **NA** | **$34,669.56** | **$34,669.56** | **$34,669.56** |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Atlas Acquisitions LLC (Plain Green Llc.) | 7100-000 | $1,677.00 | $1,677.88 | $1,677.88 | $169.68 |
| 2 | Capital One Bank (USA), N.A. | 7100-000 | $910.00 | $910.12 | $910.12 | $92.04 |
| 3 | Capital One Bank (USA), N.A. | 7100-000 | $554.00 | $554.73 | $554.73 | $56.10 |
| 4 | LVNV Funding, LLC as assignee of FNBM, LLC | 7100-000 | $663.00 | $579.19 | $579.19 | $58.57 |
| 5 | Jefferson Capital Systems LLC | 7100-000 | $619.00 | $619.67 | $619.67 | $62.67 |
| 6 | US DEPT OF EDUCATION | 7100-000 | $161,692.00 | $167,368.73 | $167,368.73 | $16,925.76 |
| N/F | ARS National Services C/O Capital One Bank | 7100-000 | $910.12 | NA | NA | NA |
| N/F | ARS National Services C/O Capital One Bank | 7100-000 | $910.12 | NA | NA | NA |
| N/F | Aboriginal Enterprises | 7100-000 | $500.00 | NA | NA | NA |
| N/F | Aboriginal Enterprises | 7100-000 | $500.00 | NA | NA | NA |
| N/F | Amerimark Premier | 7100-000 | $554.00 | NA | NA | NA |
| N/F | Amerimark Premier | 7100-000 | $554.00 | NA | NA | NA |
| N/F | Bank of America Missouri | 7100-000 | $337.43 | NA | NA | NA |
| N/F | Bank of America Missouri | 7100-000 | $337.43 | NA | NA | NA |
| N/F | Capital One, N.a. Capital One Bank (USA) N.A. | 7100-000 | $228.00 | NA | NA | NA |
| N/F | Capital One, N.a. Capital One Bank (USA) N.A. | 7100-000 | $228.00 | NA | NA | NA |
| N/F | Cash USA.net | 7100-000 | NA | NA | NA | NA |

| N/F | Cash USA.net | 7100-000 | NA | NA | NA | NA |
|-----|--------------|----------|------|------|------|------|
| N/F | Chase auto | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Chase auto | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Citibank N A | 7100-000 | NA | NA | NA | NA |
| N/F | Citibank N A | 7100-000 | NA | NA | NA | NA |
| N/F | Citibank N A | 7100-000 | NA | NA | NA | NA |
| N/F | Citibank N A | 7100-000 | NA | NA | NA | NA |
| N/F | Citibank N A | 7100-000 | NA | NA | NA | NA |
| N/F | Citibank N A | 7100-000 | NA | NA | NA | NA |
| N/F | Citibank N A | 7100-000 | NA | NA | NA | NA |
| N/F | Citibank N A | 7100-000 | NA | NA | NA | NA |
| N/F | Colorado Student Loa/College Assist | 7100-000 | NA | NA | NA | NA |
| N/F | Colorado Student Loa/College Assist | 7100-000 | NA | NA | NA | NA |
| N/F | Colorado Student Loa/College Assist | 7100-000 | NA | NA | NA | NA |
| N/F | Colorado Student Loa/College Assist | 7100-000 | NA | NA | NA | NA |
| N/F | Comenity Bank/Metro | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Comenity Bank/Metro | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Credit Control LLC Credit One Bank | 7100-000 | $580.14 | NA | NA | NA |
| N/F | Credit Control LLC Credit One Bank | 7100-000 | $580.14 | NA | NA | NA |
| N/F | Credit One Bank | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Credit One Bank | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Dept of Human Services Bureau of Collections | 7100-000 | $2,199.38 | NA | NA | NA |

| N/F | Dept of Human Services Bureau of Collections | 7100-000 | $2,199.35 | NA | NA | NA |
|-----|------|------|------|------|------|------|
| N/F | Dsnb Macys | 7100-000 | $1,068.00 | NA | NA | NA |
| N/F | Dsnb Macys | 7100-000 | $1,068.00 | NA | NA | NA |
| N/F | Elmhurst Medical Center | 7100-000 | $403.00 | NA | NA | NA |
| N/F | Elmhurst Medical Center | 7100-000 | $403.00 | NA | NA | NA |
| N/F | Fifth Third Bank | 7100-000 | $555.00 | NA | NA | NA |
| N/F | Fifth Third Bank | 7100-000 | $555.00 | NA | NA | NA |
| N/F | Fingerhut/Webbak | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Fingerhut/Webbak | 7100-000 | $0.00 | NA | NA | NA |
| N/F | First Premier Credit Card | 7100-000 | $554.00 | NA | NA | NA |
| N/F | First Premier Credit Card | 7100-000 | $554.00 | NA | NA | NA |
| N/F | First Source Advantage LLC C/O Capital One Bank | 7100-000 | $554.73 | NA | NA | NA |
| N/F | First Source Advantage LLC C/O Capital One Bank | 7100-000 | $554.73 | NA | NA | NA |
| N/F | Francis Geraci | 7100-000 | $2,400.00 | NA | NA | NA |
| N/F | Francis Geraci | 7100-000 | $2,400.00 | NA | NA | NA |
| N/F | Gateway Capital | 7100-000 | NA | NA | NA | NA |
| N/F | Gateway Capital | 7100-000 | NA | NA | NA | NA |
| N/F | Harvard Collection Services IL Dept of Human Services | 7100-000 | $2,562.00 | NA | NA | NA |
| N/F | Harvard Collection Services IL Dept of Human Services | 7100-000 | $2,562.00 | NA | NA | NA |
| N/F | Higher One Collections | 7100-000 | $80.00 | NA | NA | NA |

**UST Form 101-7-TDR ( 10 /1/2010)**

| N/F | Higher One Collections | 7100-000 | $80.00 | NA | NA | NA |
|-----|------------------------|----------|--------|----|----|----|
| N/F | Hoevel And Associates | 7100-000 | $374.00 | NA | NA | NA |
| N/F | Hoevel And Associates | 7100-000 | $374.00 | NA | NA | NA |
| N/F | IDES Benefit Payment Control | 7100-000 | $2,180.00 | NA | NA | NA |
| N/F | IDES Benefit Payment Control | 7100-000 | $2,180.00 | NA | NA | NA |
| N/F | JB Robinson/Sterling Jewelers | 7100-000 | $0.00 | NA | NA | NA |
| N/F | JB Robinson/Sterling Jewelers | 7100-000 | $0.00 | NA | NA | NA |
| N/F | JP Morgan Chase bank | 7100-000 | $959.00 | NA | NA | NA |
| N/F | JP Morgan Chase bank | 7100-000 | $959.00 | NA | NA | NA |
| N/F | Jared/Sterling Jewelers | 7100-000 | $199.00 | NA | NA | NA |
| N/F | Jared/Sterling Jewelers | 7100-000 | $199.00 | NA | NA | NA |
| N/F | Loancare Servicing Ctr Interstate Corporate Center | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Loancare Servicing Ctr Interstate Corporate Center | 7100-000 | $0.00 | NA | NA | NA |
| N/F | MRS Associates C/O JP Morgan Chase | 7100-000 | $705.81 | NA | NA | NA |
| N/F | MRS Associates C/O JP Morgan Chase | 7100-000 | $705.81 | NA | NA | NA |
| N/F | Macys Credit Card | 7100-000 | $1,200.00 | NA | NA | NA |
| N/F | Macys Credit Card | 7100-000 | $1,200.00 | NA | NA | NA |
| N/F | Med Business Bureau | 7100-000 | $403.00 | NA | NA | NA |
| N/F | Med Business Bureau | 7100-000 | $403.00 | NA | NA | NA |
| N/F | Med Business Bureau | 7100-000 | $593.00 | NA | NA | NA |
| N/F | Med Business Bureau | 7100-000 | $593.00 | NA | NA | NA |

UST Form 101-7-TDR ( 10 /1/2010)

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | Merchants Credit Guide Co. | 7100-000 | $987.35 | NA | NA | NA |
| N/F | Merchants Credit Guide Co. | 7100-000 | $987.35 | NA | NA | NA |
| N/F | Monterey Financial Services | 7100-000 | $411.72 | NA | NA | NA |
| N/F | Monterey Financial Services | 7100-000 | $411.72 | NA | NA | NA |
| N/F | MultiLoanSource.com | 7100-000 | $500.00 | NA | NA | NA |
| N/F | MultiLoanSource.com | 7100-000 | $500.00 | NA | NA | NA |
| N/F | Murphy Lomon & Assoc | 7100-000 | NA | NA | NA | NA |
| N/F | Murphy Lomon & Assoc | 7100-000 | NA | NA | NA | NA |
| N/F | Murphy Lomon and Associates C/O AEP Energy | 7100-000 | $682.34 | NA | NA | NA |
| N/F | Murphy Lomon and Associates C/O AEP Energy | 7100-000 | $682.34 | NA | NA | NA |
| N/F | Nationwide Credit Collections C/O Loyola University Med Ctr | 7100-000 | $38.00 | NA | NA | NA |
| N/F | Nationwide Credit Collections C/O Loyola University Med Ctr | 7100-000 | $38.00 | NA | NA | NA |
| N/F | Nevene Tadros | 7100-000 | $1,000.00 | NA | NA | NA |
| N/F | Nevene Tadros | 7100-000 | $1,000.00 | NA | NA | NA |
| N/F | Newport News | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Newport News | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Photo Enforcement Program Village of Villa Park | 7100-000 | $100.00 | NA | NA | NA |
| N/F | Photo Enforcement Program Village of Villa Park | 7100-000 | $100.00 | NA | NA | NA |
| N/F | RJM Acquisitions C/O Bank of America | 7100-000 | $337.43 | NA | NA | NA |

UST Form 101-7-TDR ( 10 /1/2010)

| N/F | RJM Acquisitions C/O Bank of America | 7100-000 | $337.45 | NA | NA | NA |
|-----|------|----------|---------|-----|-----|-----|
| N/F | Raila And Associates | 7100-000 | $273.30 | NA | NA | NA |
| N/F | Raila And Associates | 7100-000 | $273.30 | NA | NA | NA |
| N/F | Rjm Acq Llc | 7100-000 | $89.00 | NA | NA | NA |
| N/F | Rjm Acq Llc | 7100-000 | $89.00 | NA | NA | NA |
| N/F | Rjm Acq Llc | 7100-000 | $337.00 | NA | NA | NA |
| N/F | Rjm Acq Llc | 7100-000 | $337.00 | NA | NA | NA |
| N/F | Rjm Acq Llc | 7100-000 | $150.00 | NA | NA | NA |
| N/F | Rjm Acq Llc | 7100-000 | $150.00 | NA | NA | NA |
| N/F | SKO Brenner American C/O Pro Active | 7100-000 | $99.84 | NA | NA | NA |
| N/F | SKO Brenner American C/O Pro Active | 7100-000 | $99.84 | NA | NA | NA |
| N/F | Slm Financial Corp | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Slm Financial Corp | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Slm Financial Corp | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Slm Financial Corp | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Slm Financial Corp | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Slm Financial Corp | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Slm Financial Corp | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Slm Financial Corp | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Slm Financial Corp | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Slm Financial Corp | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Slm Financial Corp | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Slm Financial Corp | 7100-000 | $0.00 | NA | NA | NA |

| N/F | Slm Financial Corp | 7100-000 | $0.00 | NA | NA | NA |
|-----|--------------------|----------|-------|----|----|----|
| N/F | Slm Financial Corp | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Slm Financial Corp | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Slm Financial Corp | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Slm Financial Corp | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Slm Financial Corp | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Slm Financial Corp | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Slm Financial Corp | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Slm Financial Corp | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Slm Financial Corp | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Slm Financial Corp | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Sweenys Custom Landscaping Inc | 7100-000 | $556.00 | NA | NA | NA |
| N/F | Sweenys Custom Landscaping Inc | 7100-000 | $556.00 | NA | NA | NA |
| N/F | Us Dept Of Ed/glelsi | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Us Dept Of Ed/glelsi | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Us Dept Of Ed/glelsi | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Us Dept Of Ed/glelsi | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Us Dept Of Education | 7100-000 | NA | NA | NA | NA |
| N/F | Us Dept Of Education | 7100-000 | NA | NA | NA | NA |
| N/F | Us Dept Of Education | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Us Dept Of Education | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Us Dept Of Education | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Us Dept Of Education | 7100-000 | $0.00 | NA | NA | NA |

UST Form 101-7-TDR ( 10 /1/2010)

| N/F | Us Dept Of Education | 7100-000 | NA | NA | NA | NA |
|-----|---------------------|----------|--------|----|----|----|
| N/F | Us Dept Of Education | 7100-000 | NA | NA | NA | NA |
| N/F | Us Dept Of Education | 7100-000 | NA | NA | NA | NA |
| N/F | Us Dept Of Education | 7100-000 | NA | NA | NA | NA |
| N/F | Us Dept Of Education | 7100-000 | NA | NA | NA | NA |
| N/F | Us Dept Of Education | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Us Dept Of Education | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Us Dept Of Education | 7100-000 | NA | NA | NA | NA |
| N/F | Us Dept Of Education | 7100-000 | NA | NA | NA | NA |
| N/F | Us Dept Of Education | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Us Dept Of Education | 7100-000 | NA | NA | NA | NA |
| N/F | Us Dept Of Education | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Us Dept Of Education | 7100-000 | NA | NA | NA | NA |
| N/F | Us Dept Of Education | 7100-000 | NA | NA | NA | NA |
| N/F | Us Dept Of Education | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Us Dept Of Education | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Us Dept Of Education | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Us Dept Of Education | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Us Dept Of Education | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Us Dept Of Education | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Us Dept Of Education | 7100-000 | NA | NA | NA | NA |
| N/F | Usdoe/glelsi | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Usdoe/glelsi | 7100-000 | $0.00 | NA | NA | NA |

| N/F | Webbank/fingerhut | 7100-000 | $619.00 | NA | NA | NA |
| N/F | Webbank/fingerhut | 7100-000 | $619.00 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$218,676.18** | **$171,710.32** | **$171,710.32** | **$17,364.82** |

# Form 1

## Individual Estate Property Record and Report

## Asset Cases

Exhibit 8

Page:      1

| | |
|---|---|
| **Case No.:**    15-00654 | **Trustee Name:**      (330720) Richard M. Fogel |
| **Case Name:**    KIDD, LAKESHIA L. | **Date Filed (f) or Converted (c):**  01/09/2015 (f) |
| | **§ 341(a) Meeting Date:**   02/18/2015 |
| **For Period Ending:**    08/05/2016 | **Claims Bar Date:**  06/05/2015 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description<br>(Scheduled And Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=§554(a) abandon. | Sale/Funds<br>Received by the<br>Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
| 1* | 2353 S Buckingham, Westchester (See Footnote) | 182,498.00 | 0.00 | | 0.00 | FA |
| 2* | Medabank Prepaid Card (See Footnote) | 100.00 | 100.00 | | 0.00 | FA |
| 3* | Various used household and possessions (See Footnote) | 1,500.00 | 500.00 | | 0.00 | FA |
| 4* | Various used clothes (See Footnote) | 300.00 | 0.00 | | 0.00 | FA |
| 5* | 403(b) plan (See Footnote) | 22,000.00 | 0.00 | | 0.00 | FA |
| 6* | 2014 Potential Tax Refund (See Footnote) | 1,500.00 | 0.00 | | 0.00 | FA |
| 7* | 2008 Honda Accord EX 4dr Sedan 98,000 miles (See Footnote) | 6,699.00 | 500.00 | | 0.00 | FA |
| 8 | Personal Injury Suit | 0.00 | Unknown | | 67,034.38 | FA |
| 9* | Violation of FMLA (u) (See Footnote) | 0.00 | 0.00 | | 0.00 | FA |
| **9** | **Assets         Totals**      (Excluding unknown values) | **$214,597.00** | **$1,100.00** | | **$67,034.38** | **$0.00** |

RE PROP# 1       No equity

RE PROP# 2       Inconsequential value

RE PROP# 3       Inconsequential value

RE PROP# 4       Exempt

RE PROP# 5       Exempt

RE PROP# 6       Exempt

**UST Form 101-7-TDR ( 10 /1/2010)**

# Form 1

## Individual Estate Property Record and Report

## Asset Cases

Exhibit 8

Page:      2

| | |
|---|---|
| **Case No.:**   15-00654 | **Trustee Name:**    (330720) Richard M. Fogel |
| **Case Name:**   KIDD, LAKESHIA L. | **Date Filed (f) or Converted (c):**  01/09/2015 (f) |
| | **§ 341(a) Meeting Date:**   02/18/2015 |
| **For Period Ending:**   08/05/2016 | **Claims Bar Date:**  06/05/2015 |
| RE PROP# 7      Inconsequential value | |
| RE PROP# 9      Inconsequential value | |

**Major Activities Affecting Case Closing:**

Trustee settled debtor's personal injury action for $75,000 per order dated March 16, 2016.  Trustee is waiting for settlement proceeds and has been authorized to pay attorneys' fees & expenses, medical provider liens and the debtor's exemption claim.  The Trustee will prepare a final report after the authorized disbursements have cleared.

**Initial Projected Date Of Final Report (TFR):**        12/31/2016          **Current Projected Date Of Final Report (TFR):**        05/26/2016 (Actual)

Exhibit 9

Page:        3

# Form 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 15-00654 | |
| **Case Name:** | KIDD, LAKESHIA L. | |
| **Taxpayer ID #:** | **-***1418 | |
| **For Period Ending:** | 08/05/2016 | |

| | |
|---|---|
| **Trustee Name:** | Richard M. Fogel (330720) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******9900 Checking |
| **Blanket Bond (per case limit):** | $5,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 04/01/2016 | {8} | GEICO CASUALTY CO | PI settlement, per o/c 3-16-16 (less $7,298.95 and $666.67 paid directly to BCBS and State Farm) | 1129-000 | 67,034.38 | | 67,034.38 |
| 04/05/2016 | 101 | Bekkerman Law Office, LLC | Attorneys' fees per o/c 3-16-16 Stopped on 04/14/2016 | 3210-600 | | 24,999.99 | 42,034.39 |
| 04/05/2016 | 102 | Bekkerman Law Office, LLC | Attorneys' expenses per o/c 3-16-16 Stopped on 04/14/2016 | 3220-610 | | 3,719.72 | 38,314.67 |
| 04/06/2016 | 103 | Lakeshia L. Kidd | Personal injury exemption per o/c 3-16-16 | 8100-002 | | 15,000.00 | 23,314.67 |
| 04/14/2016 | 101 | Bekkerman Law Office, LLC | Attorneys' fees per o/c 3-16-16 Stopped: check issued on 04/05/2016 | 3210-600 | | -24,999.99 | 48,314.66 |
| 04/14/2016 | 102 | Bekkerman Law Office, LLC | Attorneys' expenses per o/c 3-16-16 Stopped: check issued on 04/05/2016 | 3220-610 | | -3,719.72 | 52,034.38 |
| 04/15/2016 | 104 | Bekkerman Law Office, LLC | Attorneys' fees per o/c 3-16-16 | 3210-600 | | 24,999.99 | 27,034.39 |
| 04/15/2016 | 105 | Bekkerman Law Office, LLC | Attorneys' expenses per o/c 3-16-16 | 3220-610 | | 3,719.72 | 23,314.67 |
| 04/29/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 50.61 | 23,264.06 |

*{} Asset Reference(s)*        **UST Form 101-7-TDR ( 10 /1/2010)**                                    *! - transaction has not been cleared*

Exhibit 9

Page:      4

# Form 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 15-00654 | |
| **Case Name:** | KIDD, LAKESHIA L. | |
| **Taxpayer ID #:** | **-***1418 | |
| **For Period Ending:** | 08/05/2016 | |

| | |
|---|---|
| **Trustee Name:** | Richard M. Fogel (330720) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******9900 Checking |
| **Blanket Bond (per case limit):** | $5,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 06/16/2016 | 106 | Richard M. Fogel | Dividend paid 100.00% on $5,851.72 \| Claim # FEE \| Filed: $5,851.72 | 2100-000 | | 5,851.72 | 17,412.34 |
| 06/16/2016 | 107 | Richard M. Fogel | Dividend paid 100.00% on $47.52 \| Claim # TE \| Filed: $47.52 | 2200-000 | | 47.52 | 17,364.82 |
| 06/16/2016 | 108 | Atlas Acquisitions LLC (Plain Green Llc.) | Dividend paid 10.11% on $1,677.88 \| Claim # 1 \| Filed: $1,677.88 | 7100-000 | | 169.68 | 17,195.14 |
| 06/16/2016 | 109 | Capital One Bank (USA), N.A. | Dividend paid 10.11% on $910.12 \| Claim # 2 \| Filed: $910.12 | 7100-000 | | 92.04 | 17,103.10 |
| 06/16/2016 | 110 | Capital One Bank (USA), N.A. | Dividend paid 10.11% on $554.73 \| Claim # 3 \| Filed: $554.73 | 7100-000 | | 56.10 | 17,047.00 |
| 06/16/2016 | 111 | LVNV Funding, LLC as assignee of FNBM, LLC | Dividend paid 10.11% on $579.19 \| Claim # 4 \| Filed: $579.19 | 7100-000 | | 58.57 | 16,988.43 |
| 06/16/2016 | 112 | Jefferson Capital Systems LLC | Dividend paid 10.11% on $619.67 \| Claim # 5 \| Filed: $619.67 | 7100-000 | | 62.67 | 16,925.76 |
| 06/16/2016 | 113 | US DEPT OF EDUCATION | Dividend paid 10.11% on $167,368.73 \| Claim # 6 \| Filed: $167,368.73 | 7100-000 | | 16,925.76 | 0.00 |

Exhibit 9

Page:        5

# Form 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 15-00654 | |
| **Case Name:** | KIDD, LAKESHIA L. | |
| **Taxpayer ID #:** | **-***1418 | |
| **For Period Ending:** | 08/05/2016 | |

| | |
|---|---|
| **Trustee Name:** | Richard M. Fogel (330720) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******9900 Checking |
| **Blanket Bond (per case limit):** | $5,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | **COLUMN TOTALS** | | | **67,034.38** | **67,034.38** | **$0.00** |
| | | Less: Bank Transfers/CDs | | | 0.00 | 0.00 | |
| | | **Subtotal** | | | **67,034.38** | **67,034.38** | |
| | | Less: Payments to Debtors | | | | 15,000.00 | |
| | | **NET Receipts / Disbursements** | | | **$67,034.38** | **$52,034.38** | |

Exhibit 9
Page:   6

# Form 2

## Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 15-00654 | **Trustee Name:** | Richard M. Fogel (330720) |
| **Case Name:** | KIDD, LAKESHIA L. | **Bank Name:** | Rabobank, N.A. |
| **Taxpayer ID #:** | **-***1418 | **Account #:** | ******9900 Checking |
| **For Period Ending:** | 08/05/2016 | **Blanket Bond (per case limit):** | $5,000,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******9900 Checking | $67,034.38 | $52,034.38 | $0.00 |
| | **$67,034.38** | **$52,034.38** | **$0.00** |

**UST Form 101-7-TDR (10 /1/2010)**